DeMarco•Mitchell, PLLC
1255 West 15th Street
Suite 805
Plano, TX 75075
Telephone: 972-578-1400
Facsimile: 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**James Jude McCullough, Jr.**<br>XXX-XX-8351<br>425 Crested Ridge Lane<br>Aledo, TX 76108<br><br>**DEBTOR** | **Case No.:   19-41209-R**<br><br><br><br>**Chapter:   13** |

**FIRST APPLICATION OF DEMARCO·MITCHELL, PLLC,**
**COUNSEL FOR THE DEBTOR, FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**21-DAY NEGATIVE NOTICE – LBR 9007(a):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one, in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Application unless a written objection is filed with the clerk of the United States Bankruptcy Court and served upon the party filing this pleading <u>*WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE*</u> shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes Now DeMarco·Mitchell, PLLC (hereinafter "DM") and files this its *First Application of DeMarco·Mitchell, PLLC, Counsel for the Debtor, For Allowance of Compensation and Reimbursement of Expenses* (hereinafter "the Application") seeking approval and allowance of compensation and attorney's fees and reimbursement of expenses incurred herein. This Application is filed in accordance with the provisions of 11 U.S.C. §330, Federal Rule of Bankruptcy Procedure 2016, and Local Rule of Bankruptcy Procedure 2016-1. In support of the Application, DM would respectfully show as follows:

## I.  JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding per the provisions of 28 U.S.C. § 157(b).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

## II.  BACKGROUND

3. This case was commenced by the filing of a voluntary petition under Chapter 13 of the United States Bankruptcy Code on May 6, 2019 (the "Petition Date") in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division by DM on behalf of James Jude McCullough, Jr. (hereinafter "the Debtor").

4. Carey D. Ebert was duly appointed to serve as the Standing Chapter 13 Trustee for the Debtor's bankruptcy estate and is continuing to serve in that capacity.

5. DM was retained by the Debtor and has acted as counsel for the Debtor in connection with the commencement and subsequent prosecution of the Chapter 13 proceedings.

### III. RELIEF REQUESTED

6. By this Application, and pursuant to section 330 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016, and Local Rule of Bankruptcy Procedure 2016, DM is seeking approval of total compensation in the amount of $1,900.00. Said total includes the sum of $1,790.80 for reasonable fees for professional services rendered to the Debtor by DM during the period from May 2, 2019 to the date of the filing of this Application and the sum of $109.20 as reimbursement for reasonable out-of-pocket expenses necessarily incurred by DM. Exhibit A attached hereto and incorporated herein summarizes and describes the work performed by DM on behalf of the Debtor as well as the out-of-pocket expenses incurred during the representation to date.

### IV. HOURLY RATES

7. The following professionals and paraprofessionals have rendered service to the Debtor at the hourly rates set out below.

| ATTORNEY | RATE / HOUR |
|---|---|
| Michael S. Mitchell (MM) | $325.00 |

| PARALEGAL | |
|---|---|
| Barbara Drake (BD) | $125.00 |

### V. RETENTION AND COMPENSATION OF DEMARCO·MITCHELL, PLLC

8. DM was retained by the Debtor on May 2, 2019. This application covers the period from May 2, 2019 to the date of the filing of the application.

9. Michael S. Mitchell served as primary bankruptcy counsel for the Debtor herein.

Mr. Mitchell has been licensed to practice law in the state of Texas since 1993.  He is licensed to practice before the United States District and Bankruptcy Courts for both the Northern and Eastern Districts of Texas.  He is Board Certified in Consumer Bankruptcy Law by the Texas Board of Legal Specialization.  His practice has been devoted exclusively to bankruptcy representation since January, 1996.

10. Robert T. DeMarco has been licensed to practice law since 1988.  He is currently licensed to practice by both the State of Texas and the State of California.  Mr. DeMarco is also licensed to practice before the United States District and Bankruptcy Courts for the Northern and Eastern District of Texas.  He is Board Certified in Consumer Bankruptcy Law by the Texas Board of Legal Specialization.  His practice has been devoted exclusively to bankruptcy representation since 1988.

11. Barbara Drake has in excess of 15 years of experience serving as a legal assistant and dealing almost exclusively with bankruptcy matters.

12. Immediately post-petition, DM filed its Disclosure of Compensation in accordance with the provisions of Bankruptcy Rule 2016 setting forth the compensation previously paid to DM and the compensation agreement between DM and the Debtor in connection with this Chapter 13 proceeding.

13. As indicated in said Disclosure Statement, the Debtor herein paid DM a total of $1,000.00 plus the bankruptcy court filing fee of $310.00 upon the commencement of the firm's representation herein.  DM has not received any compensation from the Debtor during the post-petition period.

14. DM has no agreement of any kind, express or implied, to divide with any other person or entity any portion of the compensation sought or to be received by it in this case.

15. DM is seeking compensation pursuant to 11 U.S.C. § 330. No prior application for compensation or reimbursement has been filed by DM.

16. Since its retention as counsel for the Debtor, DM has performed numerous and extensive legal services for the Debtor. All professional services for which the allowance of compensation is requested were performed by DM for and on behalf of the Debtor and not on behalf of any committee, creditor or other person.

17. During the period covered by this application, DM expended a total of 7.45 hours for professional services rendered on behalf of the Debtor. As noted above, a detailed summary of the time expended is attached hereto as Exhibit A. The time was spent by the attorneys and/or legal assistants as follows:

        Michael S. Mitchell, Attorney        4.93 Hours

        Barbara Drake, Paralegal        2.52 Hours

18. Based upon the hourly rates set out above, the value of professional services rendered during the case exceeds the $1,900.00 total fee requested herein.

## VI. LEGAL STANDARD

19. A professional employed by a debtor in possession may be awarded reasonable compensation for actual and necessary services performed by the professional and accorded first prior distribution under 11 U.S.C. § 507. 11 U.S.C. §330(a). In support of this request for allowance of compensation and reimbursement of expenses, DM respectfully directs this Court's attention to those factors generally considered by Bankruptcy Courts in awarding

compensation to professionals for services performed in connection with the administration of a debtor's estate. Within the Fifth Circuit, that process is commonly referred to as the "lodestar method." *In re Fender*, 12 F.3d 480. 487 (5th Cir. 1994).

20. As explained by the Fifth Circuit: The calculation of attorney's fees involves a well-established process. First, the court calculates a "lodestar" fee by multiplying the reasonable number of hours expended on the case by the reasonable hourly rates for the participating lawyers. *Louisiana Power & Light Co. v. Kellstrom*, 50 F.3d 319, 324 (5th Cir.1995). The court then considers whether the lodestar figure should be adjusted upward or downward depending on the circumstances of the case. *Id*. In making a lodestar adjustment the court should look to twelve factors, known as the Johnson factors, after *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974). *Migis v. Pearle Visions, Inc.*, 135 F.3d 1041, 1047 (5th Cir. 1998) (citations omitted).

21. The twelve Johnson factors are: (1) time and labor required, (2) novelty and difficulty of the issues, (3) skill required to perform the legal services properly, (4) preclusion of other employment, (5) customary fee, (6) whether the fee is fixed or contingent, (7) time limitations imposed by client or circumstances, (8) amount involved and results obtained, (9) experience, reputation and ability of the attorneys, (10) undesirability of the case, (11) nature and length of the professional relationship with the client, and (12) award in similar cases. Id.

22. In accord with the mandate of Bankruptcy Rule 2016(a), a description of the application of the Johnson factors is set forth below.

23. **Time and Labor.** As noted above, DM spent a total of 7.45 hours representing

the Debtor in this case. Employing the hourly rates reflected in paragraph 16 above, the average hourly attorney rate charged by the firm during the case was $325.00 per hour. All travel time is billed at ½ of the normal hourly rate of the professional traveling in connection with the representation.

24. **Novelty and Difficulty.**  While many of the tasks performed by DM during the course of the representation were routine, the Debtor's case did involve factual scenarios and legal questions of moderate difficulty.

25. **Requisite Skill.**  DM believes that a practitioner unfamiliar with bankruptcy law would have been required to spend considerably more hours than DM's attorneys and professional staff to perform the same tasks. The undersigned counsel has in excess of twenty (20) years of experience as a bankruptcy practitioner in this district.

26. **Preclusion From Other Employment.**  DM has not necessarily had to decline representation of new clients as a result of this case. However, DM has had to devote fewer hours than desirable to other existing clients and has been required to delay working on matters that were of importance to other clients in order to address the pressing matters relating to this case.

27. **Customary Fee.**  DM has applied for allowance of fees that reflect its customary billing rates charged to clients of DM. DM believes that these rates are commensurate with the rates charged and approved in other bankruptcy proceedings pending in the Dallas/Fort Worth Metroplex in general and in the Eastern District of Texas specifically.

28. **Fixed or Contingent.**  Contingencies concerning fees were: (1) achievement of a

successful result; (2) Court approval of the fees requested; and (3) the possibility of non-payment of the approved fees.  As in all bankruptcy proceedings, the fees of DM are subject to the discretion of the Court in determining the value of services provided to the Estate and are also subject to the availability of funds in the Estate and are in that sense contingent.

29.    **Time Limitations.**  The time requirements of this case have been extensive at times.  In many instances, this case required immediate responses that imposed time limitations on the attorney and staff involved.  DM believes that it has successfully handled the time limitations in this case and has enabled this case to progress in the most efficient manner possible.

30.    **Amount Involved and Results Obtained.**  When the Debtor retained DM, he was faced with the prospect of the loss of his residence homestead via foreclosure action.  DM filed the subject bankruptcy case for the Debtor and took the necessary steps to allow him to propose a plan of reorganization that would give him the opportunity to retain his homestead and reorganize his debts.

31.    **Experience.**  DM limits its practice area to bankruptcy law and to matters involving the restructuring and settlement of debt.  DM represents both creditors and lenders in maters before this Court and throughout the State.  DM's attorneys have ample experience representing Debtors under chapters 7, 11, and 13 of the Bankruptcy Code so as to merit an award of the compensation requested herein.

32.    **Undesirability.**  As a whole, the representation of the Debtor incident to this case has not been unduly undesirable, although DM suspects that few other local firms familiar with representation of Debtors in Chapter 13 proceedings would have accepted employment

herein. The lack of funds to pay professional fees on a regular basis has presented a challenge for DM.

33. **Nature and Length of Professional Relationship with Client.** DM did not have any relationship with the Debtor prior to its retention by the Debtor on May 2, 2019.

34. **Award in Similar Cases.** DM believes the fees incurred in representing the Debtor are consistent with fees incurred in other cases of a similar size and complexity within this district.

### VII. PRAYER FOR RELIEF

35. By this application, Applicant firm requests the Court to authorize compensation to the firm in the total amount of $1,900.00 with $1,000.00 to be withdrawn from the Applicant Firm's trust account and a sum not to exceed $900.00 to be disbursed to Applicant Firm by the Standing Chapter 13 Trustee. The actual total of fees incurred were $1,978.36, including out-of-pocket expenses totaling $109.20. Applicant firm further prays for such other and further relief, in law or equity, to which it may show itself justly entitled.

WHEREFORE, PREMISES CONSIDERED, Applicant firm prays that the Court authorize payment of the sums set out in the paragraph above.

DATED this 12th day of August, 2019.

Respectfully submitted,

/s/ Michael S. Mitchell

_____

**Michael S. Mitchell**
**DeMarco·Mitchell, PLLC**
Texas State Bar #00788065
1255 West 15th Street, Suite 805
Plano, TX 75075
Telephone:  972-578-1400
Facsimile:  972-346-6791
E-mail:  mike@demarcomitchell.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing Application, including all exhibits thereto, were served upon all parties listed below, and upon all parties listed upon the attached mailing matrix, on this 12th day of August, 2019.

| **DEBTOR** |
|---|

James Jude McCullough, Jr.
425 Crested Rridge Lane
Aledo, TX, TX 76108

| **TRUSTEES** |
|---|

| | |
|---|---|
| Carey D. Ebert<br>Standing Chapter 13 Trustee<br>P. O. Box 941166<br>Plano, TX 75094-1166<br>ECFch13plano@ch13plano.com | Office of the United States Trustee<br>110 N. College Avenue<br>Suite 300<br>Tyler, TX 75702<br>ustpregion06.ty.ecf@usdoj.gov |

| **ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE** |
|---|

| | |
|---|---|
| Attorney General of Texas<br>Child Support Division<br>C/O Stratos Apostolou<br>2512 South I.H. 35, Suite 200<br>Austin, TX 78704<br>stratos.apostolou@texasattorneygeneral.gov | JPMorgan Chase Bank, N.A.<br>C/O Jeffrey Fleming<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd.<br>Addison, TX 75001<br>edecf@BDFGROUP.com |
| JPMorgan Chase Bank, N.A.<br>C/O Rachael Swernofsky<br>Barrett Daffin Frappier Turner & Engel, LLP<br>4004 Beltline Rd., Ste. 100<br>Addison, TX 75001<br>edecf@bdfgroup.com | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>claims@recoverycorp.com |
| Parker CAD<br>C/O Melissa L. Palo<br>Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>melissa.palo@lgbs.com | Amy Lynn McCullough<br>429 Spyglass Drive<br>Willow Park, TX 76008 |

                */s/ Michael S. Mitchell*
                Michael S. Mitchell,
                DeMarco·Mitchell, PLLC
                Texas State Bar No.: 00788065
                1255 West 15th Street, Suite 805
                Plano, Texas 75075
                Telephone:  (972) 578-1400
                Facsimile:   (972) 346-6791
                E-mail: mike@demarco-mitchell.com

Label Matrix for local noticing
0540-4
Case 19-41209
Eastern District of Texas
Sherman
Mon Aug 12 15:24:11 CDT 2019

ACS Primary Care Physicians SW, PA
PO Box 1123
Minneapolis, MN 55440-1123

AT&T
PO Box 630047
Dallas, TX 75263-0047

Acima Credit
9815 Monroe Street, 4th Floor
Sandy, UT 84070-4384

Ad Astra Recovery
7330 W. 33rd Street N.
Ste. 118
Witchita, KS 67205-9370

Afni
PO Box 3097
Bloomington, IL 61702-3097

Ally Financial
PO Box 130424
Roseville MN 55113-0004

American Profit Recovery
34505 W. 12 Mile Rd. #333
Farmington Hills, MI 48331-3288

American Express
PO Box 297871
Ft. Lauderdale, FL 33329-7871

American Express Travel Related Services
C/O Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Amy Lynn McCullough
429 Spyglass Drive
Willow Park, TX 76008-3153

Amy McCullough
429 Spyglass Drive
Willow Park, TX 76008-3153

Anthony L. Vitullo
Fee, Smith, Sharp & Vitullo, LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240-5019

Stratos Apostolou
Attorney General of Texas
Child Support Division
2512 South I.H. 35, Suite 200
Austin, TX 78704-5751

Ashley Funding Services, LLC
C/O Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Attorney General of Texas
Bankruptcy Reporting Cont.
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
P.O. Box 12017
Austin, TX 78711-2017

Attorney General of Texas
Child Support Division
2512 S. IH-35 STE 200
AUSTIN TX 78704-5751

Attorney General of Texas
Taxation Division - Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711-2548

Attorney General of Texas-Child Support Divi
Attorney General of Texas-Child Support
2512 S. IH-35 STE 200
AUSTIN, TX 78704-5751

Bank of America, N.A.
PO Box 982284
El Paso, TX 79998-2284

Barrett Daffin Frappier Turner & Engel
4004 Belt Line Road
Suite 100
Addison, TX 75001-4320

Betty Rajan MD, PLLC
6600 Bryant Irvin Road
Fort Worth, TX 76132-4217

Canamex International
915 Clivden Ave.
Delta, BC V3M 5R6
Canada

Captal One
15000 Capital One Drive
Richmond, VA 23238-1119

Career Education Corporation
231 N. Martingale Rd.
Schaumburg, IL 60173-2007

Cash Central
6785 Bobcat Way # 200
Dublin, OH 43016-1443

Chase Home Finance
3415 Vision Drive
Columbus, OH 43219-6009

Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Chip Wagner
c/o Paul S. Kirklin
12600 N. Featherwood Drive
Suite 225
Houston, TX 77034-4441

Ciera Bank
623 Elm Street
Graham, TX 76450-3088

Covered Bridge Canyon HOA
108 Covered Bridge Drive
Fort Worth, TX 76108-9602

Covered Bridge Canyon HOA
C/O Sharon E. Hicks, Attorney
102 Houston Ave., Suite 300
Weatherford, TX 76086-4369

Credit Collections Services
725 Canton St.
Norwood, MA 02062-2679

Credit Control, LLC
PO Box 100
Hazelwood, MO 63042-0100

Credit Systems International
1277 Country Club Lane
Fort Worth, TX 76112-2304

DeMarco Mitchell, PLLC
1255 West 15th St., 805
Plano, TX 75075-7225

Dish Network
PO Box 94063
Palatine, IL 60094-4063

Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

First Financial Bank
400 Pine Street
Abilene, TX 79601-5104

Jeffrey Fleming
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd.
Addison, TX 75001-4417

Frost Bank
Attn:  Bankruptcy Dept. T-9
PO Box 1600
San Antonio, TX 78296-1600

Frost Bank
Attn: Bankruptcy Dept. T7
P O Box 1600
San Antonio, Texas 78296-1600

Frost Bank
PO Box 1600
San Antonio, TX 78296-1600

GE Capital Retail Bank
PO Box 960061
Orlando, FL 32896-0061

Global Trust Management LLC
PO Box 26244
Tampa, FL 33623-6244

Grasseasters Inc
7511 Katy Lane
Benbrook, TX 76126-2103

HRRG
PO Box 5406
Cincinnati, OH 45273-0001

I-20 Animal Hospital
3713 Fort Worth Hwy.
Weatherford, TX 76087-8786

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, National Association
c/o BDFTE, LLP
4004 Belt Line Rd Suite 100
Addison, TX 75001-4320

JPMorgan Chase Bank, National Association
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

James Bell
James S. Bell, PC
2808 Cole Avenue
Suite 1000
Dallas, TX 75204-1030

John L. Malesovas
Malesovas Law Firm
1801 S. MoPac Expressway
Suite 320
Austin, TX 78746

Kaminario, Inc.
75 Second Avenue, Suite 620
Needham, MA 02494-2865

Kaminario, Inc.
C/O Registered Agent Solutions, Inc.
1701 Directors Blvd., Suite 300
Austin, TX 78744-1044

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603-0497

LVNV Funding, LLC
C/O Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

| | | |
|---|---|---|
| Lenny Vitullo<br>13155 Noel Rd. #1000<br>Dallas, TX 75240-5019 | James Jude McCullough Jr.<br>425 Crested Rridge Lane<br>Aledo, TX, TX 76108-9618 | Medical City Weatherford<br>C/O Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Medical City Weatherford<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Midwest Servicing Group<br>901 Washington Ave. #1<br>Detroit LAkes, MN 56501-3401 | Michael S. Mitchell<br>DeMarco-Mitchell, PLLC<br>1255 West 15th Street<br>805<br>Plano, TX 75075-7225 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Melissa L. Palo<br>Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207-2328 | Parker CAD<br>LInebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Parker CAD<br>C/O Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Portfolio Recovery Ass., LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Professional Account Services<br>PO BOx 188<br>Brentwood, TN 37024-0188 |
| Progressive Insurance<br>6300 Wilson MIlls Road<br>Mayfield Village, OH 44143-2182 | Quail Ridge Ranch LLC<br>c/o Paul S. Kirklin<br>12600 N. Featherwood Dr.<br>Suite 225<br>Houston, TX 77034-4441 | Radiology Associates of N. Texas<br>816 W. Cannon St.<br>Fort Worth, TX 76104-3194 |
| ResortCom/Villa Del Palmar<br>6850 Bermuda Rd.<br>Las Vegas, TX 89119-3615 | Scott & Associates<br>PO Box 115220<br>Carrollton, TX 75011-5220 | Speedy/Rapid Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 |
| SpeedyCash.com<br>4209 E. Lancaster Ave.<br>Ft. Worth, TX 76103-3222 | Steml<br>6500 Wells Burnett Road<br>Fort Worth, TX 76135-9367 | Rachael Swernofsky<br>Barrett Daffin Frappier Turner &<br>Engel, LLP<br>4004 Beltline Rd., Ste. 100<br>Addison, TX 75001-4320 |
| Syncb/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synergetic Communications, INc.<br>5450 N.W. Central #220<br>Houston, TX 77092-2061 | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy Collections Div.<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548 |
| Texas Health Physician Group<br>PO Box 732362<br>Dallas, TX 75373-2362 | Texas Workforce Commission<br>TEC Building Tax Dept.<br>101 E. 15th Street<br>Austin, TX 78778-0001 | (p)TRI CITIES URGENT CARE<br>123 SOUTH RANCH HOUSE RD<br>WILLOW PARK TX 76008-2649 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antoinio, TX 78288-1600 |

| | | |
|---|---|---|
| USMD Health Systems Medical Clinic of NT<br>PO Box 650873<br>Dallas, TX 75265-0873 | United Revenue Corp.<br>204 Billings St. Ste 120<br>Arlington, TX 76010-2495 | United States Attorney<br>110 North College Ave., Ste. 700<br>Tyler, TX 75702-0204 |
| Weatherford Emergency Physicians<br>ACS Primary Care Physicians<br>PO Box 740021<br>Cincinnati, OH 45274-0021 | Weatherford Regional Medical Center<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Tri Cities Urgent Care
PO Box 8359
Fort Worth, TX 76124

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | (d)Internal Revenue Service -<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Parker CAD<br>LInebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | End of Label Matrix<br>Mailable recipients    94<br>Bypassed recipients     5<br>Total                   99 |